UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | **NOTICE OF APPEARANCE** |
| -against- | : | |
| | | 08 Mag. 1534 |
| Anthony Masullo, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant Anthony Masullo in the above-entitled matter.

Dated: New York, New York
       July 29, 2008

                                             /s/ *Gerald J. McMahon*
                                             Gerald J. McMahon    (GM 4314)
                                             *Attorney at Law*
                                             26 Broadway, 18th Floor
                                             New York, New York 10004
                                             (212) 797-1877
                                             (212) 797-1419 (fax)
                                             gm@geraldjmcmahon.com

To:   All Counsel
      (by ECF)

doc116